[No. 41701-4-II.   Division Two.   January 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RODDY KENT KARTCHNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00329-7, John F. Nichols, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 41819-3-II.   Division Two.   January 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS ESCOBAR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01115-5, Sally F. Olsen, J., entered January 19, 2011. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 41934-3-II.   Division Two.   January 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DONOVAN RICHARD HERTWIG, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00823-7, Christine A. Pomeroy, J., entered March 28, 2011. *Reversed* and *remanded* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar, J., and Bridgewater, J. Pro Tem.

[No. 42047-3-II.   Division Two.   January 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JAMES McCOY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00835-3, Richard A. Melnick, J., entered April 27, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt, J., and Bridgewater, J. Pro Tem.